

*Arthur Ryan*
1 Bloomfield Avenue #4
Drexel Hill, PA 19026
(484) 433 - 3336
arthurcryan@hotmail.com
*MISC. 10-03008-ELF*
*Case Number 10-18101 -sr*

**United State Bankruptcy Court**
**Eastern District of PA**
900 Market Street., Suite 400
Philadelphia, PA 19107

October 30, 2010

Dear Clerk of the Court,

    I am writing in response to the Notice of Motion, Response Deadline and Hearing Date instructions I received from the court considering the matter of Timothy Walsh. I am notifying the court that I will be attending the hearing scheduled for November 24, 2010 at 10 a.m. before the Honorable Eric L. Frank.

    I have included documents with this letter pertaining to my case. Included are: a.) my original agreement with Attorney Timothy Walsh and proof of payment, b.) a letter I wrote to Mr. Walsh five months after retaining his services, along with a copy of his responses to that letter, c.) a copy of the court's dismissal of my original bankruptcy case (#10-16699-sr dismissed due to attorney Walsh's failure to pay the court costs) and d.) a copy of the notice of meeting of creditors in my second filing (#10-18101-sr) in which Attorney Walsh failed to appear. I will forward a copy of this letter along with the attached documents to the movant's attorney as instructed.

Sincerely,

Arthur Ryan