## FEE AGREEMENT: CHAPTER 7 BANKRUPTCY CASE

I (We), the undersigned, __ARTHUR CHRISTOPHER RYAN__ for a flat fee of $ __1200__, hereby retain the services of Timothy P. Walsh, Attorney at Law, to file all required petitions and schedules and attend one (1) Meeting of Creditors in a **CHAPTER 7** bankruptcy case. While it is not anticipated that costs or further fees will be required other than the initial filing fee of $ __299__ (included in the flat fee), I (We) understand that I (We) shall be responsible to pay all costs and that costs are **not** included in the flat fee set forth herein unless specifically stated in this agreement. Costs shall include, but not be limited to, such items as: online computer research charges, transcripts, notary, reproduction of official documents, travel time plus mileage for servers, agents of the firm, court reports, and any other reasonable costs and expenses recognized by the Courts. It is further distinctly understood that the flat fee quoted above is conditional upon the provision of complete and accurate information to attorney and further upon attorney's reasonable expectation as to the level of work which shall be required based on such information. If work beyond the scope of that described herein becomes necessary to effectuate the purpose of this agreement, such as additional court appearances, unanticipated correspondence or the drafting and filing of court documents not priced below it is further understood that Timothy P. Walsh shall, in his discretion and without prior notice, bill the client(s) for such work at a rate not to exceed two hundred dollars ($200.00) per hour.

A retainer of $ __600  700 pd__ ~~IN CASH~~ is required to initiate action and representation. **All retainers are non-refundable but will be credited toward services provided unless contract is terminated by either party.**

SCHEDULE OF PRICES FOR EXPECTED (*) SERVICES:

**1. PRELIMINARY MATTERS**

Review/Prep Petition and Schedules    $ _____

Review/File Bankruptcy Petition:    $ _____

Appearance at Meeting of Creditors:    $ _____

Review Reaffirmation Agreement    $ _____

**2. BANKRUPTCY LITIGATION (IF ANY)**

Draft/File Motion    $ _____

Response to Creditor Motion    $ _____

Any Bankruptcy Court Appearance    $ _____

(Post-Discharge Services billed @ $200.00/hour)

**METHOD OF PAYMENT MUST BE CASH ONLY !!!**

ALL PAYMENTS MUST BE COMPLETE PRIOR TO BANKRUPTCY FILING

FAILURE TO PAY IN ACCORDANCE WITH THE ABOVE-REFERENCED PLAN WILL ENTITLE ATTORNEY TO: (1) WITHDRAW WITHOUT PRIOR NOTICE TO CLIENT(S); (2) BILL FOR ALL HOURS SPENT ON CASE AT $200.00 @HR

This agreement has been made on this the __6TH__ day of __MARCH__, __2010__

_____
Client

Address: __1 BLOOMFIELD AVE.__
__DREXEL HILL PA 19026 UNIT #4__
Best Phone No. __484-433-3336__

_____
TIMOTHY P. WALSH, ATTORNEY AT LAW
WALSH LAW OFFICES
200 W. Baltimore Avenue, Media, PA 19063
610-565-4488, e-mail: walshlawoffices@aol.com

NOV 2 2010

# WALSH LAW OFFICES

TIMOTHY P. WALSH, ESQUIRE
111 NORTH OLIVE STREET - LOWER LEVEL
MEDIA, PA 19063
e-mail: walshlawoffices@aol.com

610-565-4488                                                                                   FAX: 610-565-7623

## RECEIPT

This acknowledge the receipt of __Five hundred__ dollars $ __500.00__

paid on behalf of __Arthur Ryan__, Client in connection with the

case entitled: __RJ__, pursuant to the fee agreement dated _____.

DATE: 3/12/10                            _____
                                          TIMOTHY P. WALSH, ESQUIRE
                                          ATTORNEY AT LAW

**************************************************************************

I, _____, Client in the above-referenced case, by affixing my signature below, hereby acknowledge, understand and promise that the next payment in this matter will be _____ dollars, $ _____ payable on or before the following date: _____ and that failure to make said payment or otherwise to adhere to the terms of the fee agreement in this matter will be grounds for Timothy P. Walsh, Esquire, without giving me prior notice, to cease any and all work on my behalf, withdraw his appearance in any court or proceeding in connection with my case and to refuse any further representation of me in this or any other case.

DATE: _____                            _____
                                          Client