Arthur C. Ryan
1 Bloomfield Ave #4
Drexel Hill, PA 19026
(484)433-3336

August 3rd, 2010
**Walsh Law Offices**
Timothy P. Walsh
111 North Olive Street - Lower Level
Media, PA 19063

Dear Mr. Walsh,

    In March of 2010, I paid you a total of $1200.00 for your services in a Chapter 7 Bankruptcy case. Now, five months later, I have seen no action, filing or evidence of any work by you on my case. My repeated phone calls to you go unanswered, and the contact with your office clerks have provided constant frustration as they continually promise a filing "in the middle of next month".

    After consulting two other legal sources, it is evident to me that the service your promised upon our first meeting on March, 6th 2010, is not what I received. I and relatives continue to get harassing phone calls from creditors, despite the fact that it has been five months since I retained your services.

    *I have lost confidence in you and your abilities to represent me. I expect to be refunded the full cost of $1200.00* that I paid you over five months ago for nothing but continual frustration and delay. If I do not receive a refund within ten days of this letter, I will have no choice but to take this matter up with the PA Disciplinary Board, The DELCO Bar Association and the US Trustee Office Bankruptcy Board.

Sincerely,

Arthur C. Ryan

# WALSH LAW OFFICES

TIMOTHY P. WALSH, ESQUIRE
111 NORTH OLIVE STREET - LOWER LEVEL
MEDIA, PA 19063
e-mail: walshlawoffices@aol.com
*Member of PA and NJ Bar*

610-565-4488                                                                                                                FAX: 610-565-7623

August 10, 2010

Arthur Ryan
1 Bloomfield Ave #4
Drexel Hill, Pa 19026

RE: **ARTHUR CHRISTOPHER RYAN**, BR # 10-16699

Dear Arthur:

I am in receipt of your letter dated August 3, 2010. I have been ill a substantial amount time from the date you paid to the date of your letter. I regret that you found it necessary to say the things you stated in your letter regarding me.

Enclosed is proof that your Bankruptcy has been filed and due to the delay of this filing I wish to discuss partial refund of the fees paid. However it is my wish that I be able to proceed with this matter and that you will regain your confidence in my abilities to represent you.

Again I deeply regret and sincerely apologize for the delay in filing.

Very Truly Yours,

TIMOTHY P. WALSH, ESQUIRE

**Enclosure**

**From:** BKECF_LiveDB@paeb.uscourts.gov
**To:** BKECF_LiveDB@paeb.uscourts.gov
**Subject:** 10-16699|Arthur Christopher Ryan |7||Arthur Christopher|bk Voluntary petition (Chapter 7)
**Date:** Tue, Aug 10, 2010 1:09 pm

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

Eastern District of Pennsylvania

Notice of Bankruptcy Case Filing

The following transaction was received from TIMOTHY P. WALSH entered on 8/10/2010 at 1:08 PM EST and filed on 8/10/2010

**Case Name:**    Arthur Christopher Ryan
**Case Number:**    10-16699
**Document Number:** 1

**Docket Text:**
Chapter 7 Voluntary Petition . Fee Amount 299 Filed by Arthur Christopher Ryan. Government Proof of Claim Deadline: 02/6/2011. (WALSH, TIMOTHY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Petition.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1008166204 [Date=8/10/2010] [FileNumber=14951581-0] [4a75c1ad24bc56973dcc0db93636f8d27c598d207b035a54ef6ff25a8b62d67c20

d81a851ac4c5d9d0c8368a921eb967c2789d8d5113aad0e8ca228b676822f1]]

**10-16699 Notice will be electronically mailed to:**

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TIMOTHY P. WALSH on behalf of Debtor Arthur Ryan
walshlawoffices@aol.com

**10-16699 Notice will not be electronically mailed to:**